# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BANCOT GLOBAL TECHNOLOGIES, INC,**

    **Plaintiff**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-246-Orl-28DAB**

**SAFEWAY, INC., AND RIVIALWATCH, INC.,**

    **Defendants**

_____

## ORDER AND REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **EMERGENCY MOTION TO LEAVE FILE UNDER SEAL AND IMPOSITION OF A GAG ORDER ON DEFENDANT (Doc. No. 2)**
>
> **FILED:** February 28, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion be **STRICKEN.**

    According to the Complaint, Plaintiff is a Washington for-profit corporation, conducting business in Daytona Beach, Florida. As a corporation, Plaintiff can only appear and be heard in this matter through counsel admitted to practice before the Court. Local Rule 2.03(d). The Complaint and the instant motion purport to be signed by "Dale Pate, CEO and President." There is no indication that Mr. Pate is an attorney, nor is there any indication that appropriate counsel represents

Plaintiff in this matter. As such, the corporate Plaintiff cannot be heard via these pleadings, and the motion and the Complaint are due to be stricken.

It is **respectfully recommended** that the District Court dismiss the Complaint, without prejudice to Plaintiff obtaining counsel and filing an Amended Complaint, if appropriate, within 11 days of any order adopting this recommendation.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 28, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy