UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BANCOT GLOBAL TECHNOLOGIES, INC.**

        **Plaintiff,**

-vs-                                  **Case No. 6:05-cv-246-Orl-18DAB**

**SAFEWAY, INC., and RIVALWATCH, INC.**

        **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Response to Order to Show Cause (Doc. 15) filed March 28, 2005. The United States Magistrate Judge has submitted a report recommending that this action be dismissed and that Dale Pate be admonished.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed April 1, 2005 (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Amended Complaint (Doc. 7) is **DISMISSED without prejudice**. Should Bancot Global Technologies, Inc. wish to pursue this or any other claims in this Court, it must do so only through counsel.

3. Dale Pate is admonished for his conduct and advised that no further misrepresentations will be tolerated should he have occasion to appear pro se before this Court in a future case.

4. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 17) is **DENIED as moot.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___18___ day of April, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party